# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MONROE,<br><br>    Petitioner,<br><br>    v.<br><br>A. HEDGPETH, Warden<br><br>    Respondent. | Civil No.   08cv1812 L (JMA)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice.  See Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this case, he must submit, **no later than December 17, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. *The Clerk of Court is directed to send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.*

**IT IS SO ORDERED.**

**DATED:  October 14, 2008**

*M. James Lorenz*
**M. James Lorenz**
**United States District Court Judge**

K:\COMMON\EVERYONE\_EFILE-PROSE\L\08cv1812 dismiss no $5 no ifp.wpd, 10148

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

K:\COMMON\EVERYONE\_EFILE-PROSE\L\08cv1812 dismiss no $5 no ifp.wpd, 10148